IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT WAYNE DICKINSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:13-cv-01348 |
| v. | ) | |
| | ) | Judge Nixon |
| CAROLYN W. COLVIN, | ) | Magistrate Judge Brown |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 21), filed with a Memorandum in Support (Doc. No. 22). Defendant states that "[o]n remand, the ALJ will reevaluate all the medical opinions of record and reassess Plaintiff's residual functional capacity." (*Id.* at 1.) Defendant further states that Plaintiff's counsel has been contacted and has no objection to Defendant's Motion. (Doc. No. 21 at 1.)

The Court hereby **GRANTS** Defendant's Motion to Remand, and **REVERSES** and **REMANDS** this case to the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 23rd day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT